USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CHEN REN JIE,

                Petitioner,

    v.                             04 Civ. 9961 (BSJ)(JCF)

WILLIAM E. PHILLIPS           ORDER

                Respondent.
------------------------------------X

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

After having reviewed the Report and Recommendation of Magistrate Judge James C. Francis IV dated April 25, 2005, and having received no objections thereto, I hereby confirm and adopt the Report in its entirety, having been satisfied that there is no clear error on the face of the record. See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). Accordingly, Respondent's motion to dismiss the petition as untimely is granted.

**SO ORDERED:**

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          September 24, 2005

COPY MAILED / FAXED TO:
COUNSEL FOR PLTFF(S): ____
COUNSEL FOR DFT(S): ✓
PLTFF PRO SE: ✓
DFT. PRO SE: ____
DATE: 9/24/05
BY: ____